AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HAND LOOSE BANDS LLC, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:20-cv-1322 |
| SHAKA BANDS LLC, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaka Bands LLC
c/o Michael P. Tyson, Registered Agent
5151 Belfort Road, Bldg. 200
Jacksonville, FL 32256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John R. Thomas, Esq.
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 23, 2020

*AmandaJones*

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

Job # J207031

**Client Info:**
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, FL 32202

**Case Info:**
PLAINTIFF:
HAND LOOSE BANDS LLC
-versus-
DEFENDANT:
SHAKA BANDS LLC

USDC FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # 3:20-cv-1322

**Service Info:**

Date Received by Accurate Serve: 11/25/2020 at 02:23 PM
Service: I Served SHAKA BANDS LLC C/O MICHAEL P. TYSON, REGISTERED AGENT
With: SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS
by leaving with Michael Tyson, REGISTERED AGENT

At Business 5150 BELFORT ROAD, BLDG. 200 JACKSONVILLE, FL 32256
On 11/30/2020 at 11:31 AM
Manner of Service: CORPORATE R/A
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

I **Michael Rolison** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: 
**Michael Rolison**
Lic # 1052
**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Phone: (904) 735-7810

Our Job # J207031

SUBSCRIBED AND SWORN to before me this ___1st___ day of December, 2020, by Michael Rolison, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [ ] online presence.

NOTARY PUBLIC for the state of Florida

ASHLEY MOORE
Commission # HH 020080
Expires July 19, 2024
Bonded Thru Troy Fain Insurance 800-385-7019




1 of 1