UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HANGLOOSE BANDS, LLC,
    Plaintiff,

v.                                                      No.: 3:20-cv-01322-HES-JRK

SHAKA BANDS LLC,
    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the parties' "Joint Stipulation of Dismissal without Prejudice and Notice of Resolution." (Dkt. 26). The Stipulation indicates that the parties have completely settled this matter. Defendant has yet to file an answer or motion for summary judgment.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is hereby **DISMISSED without prejudice** with each party to bear their own costs and fees;

2. The Clerk shall terminate all pending motions and close this case.

**DONE and ORDERED** in Jacksonville, Florida, this _12th_ day of April, 2021.

**Copies to:**
Stephen D. Busey, Esq.

                                              HARVEY E. SCHLESINGER
                                              UNITED STATES DISTRICT JUDGE

- 2 -

Drew M. Hicks, Esq.
John R. Thomas, Esq.
Brent A. Gordon, Esq.
Lauren Orebaugh, Esq.
Brent C.J. Britton, Esq.